UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:26-cv-01031

**Patrice Texada Hughes,**
*Plaintiff,*
v.
**Light Farms Build to Rent LLC,**
*Defendant.*

# ORDER

Plaintiff Patrice Hughes, proceeding pro se, filed this lawsuit in August 2026. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that plaintiff's claims be dismissed without prejudice for lack of subject-matter jurisdiction. Doc. 4. Plaintiff has not filed timely objections to the report.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation (Doc. 4). Plaintiff's claims are dismissed without prejudice for lack of subject-matter jurisdiction. Any pending motions are denied as moot.

*So ordered by the court on November 16, 2026.*

J. CAMPBELL BARKER
United States District Judge